| | | | |
|---|---|---|---|
| In the Interest of: S.M.M. | 2229 MDA 2015<br>Affirmed | 06/14/2016 | CP–67–DP–0000088–<br>2009<br>(York) |
| In re Adoption of S.S.M. | 2237 MDA 2015<br>Affirmed | 06/14/2016 | 2015–0103<br>(York) |
| In re Adoption of J.G.K.M. | 2238 MDA 2015<br>Affirmed | 06/14/2016 | 2015–0102<br>(York) |
| In re Adoption of S.M.M. | 2239 MDA 2015<br>Affirmed | 06/14/2016 | 2015–0104<br>(York) |
| Com. v. Jones | 117 WDA 2015<br>Affirmed | 06/14/2016 | CP–02–CR–0000266–<br>2003<br>CP–02–CR–0001438–<br>2003<br>(Allegheny) |
| Com. v. Barron | 498 WDA 2015<br>Affirmed | 06/14/2016 | CP–63–CR–0002325–<br>2013<br>(Washington) |
| Com. v. Lanz | 1134 WDA 2015<br>Affirmed | 06/14/2016 | CP–02–CR–0002519–<br>2007<br>(Allegheny) |
| Com. v. Baldwin | 1240 WDA 2015<br>Affirmed | 06/14/2016 | CP–02–CR–0001671–<br>2006<br>(Allegheny) |
| Com. v. Cabrera | 511 EDA 2015<br>Affirmed | 06/15/2016 | CP–51–CR–0009793–<br>2013<br>(Philadelphia) |
| Com. v. Smith | 2124 EDA 2015<br>Vacated and<br>Remanded | 06/15/2016 | CP–51–CR–0011502–<br>2007<br>(Philadelphia) |
| In the Interest of: K.C. | 2502 EDA 2015<br>Affirmed | 06/15/2016 | CP–09–JV–0000329–<br>2015<br>(Bucks) |
| Estate of McFadden | 2918 EDA 2015<br>Quashed | 06/15/2016 | No. 608 DE 2005<br>(Philadelphia) |
| Com. v. Deng | 1665 MDA 2015<br>Affirmed | 06/15/2016 | CP–18–CR–0000509–<br>2014<br>(Clinton) |
| Genesis Eldercare v. Reliant Osprey<br>Holdings, LLC | 1779 MDA 2015<br>Quashed | 06/15/2016 | 14 CV 6156<br>(Lackawanna) |
| In re Adoption of A.N.K. | 1809 MDA 2015<br>Affirmed | 06/15/2016 | Adoptee No. 10 Year of<br>2015<br>(Northumberland) |
| In re Adoption of A.N.K. | 1810 MDA 2015<br>Affirmed | 06/15/2016 | Adoptee 10 YEAR of<br>2015<br>(Northumberland) |
| In re Adoption of D.P.M. | 2205 MDA 2015<br>Affirmed | 06/15/2016 | 2015–0093<br>(York) |
| In the Interest of: D.P.M. | 2215 MDA 2015<br>Affirmed | 06/15/2016 | CP–67–DP–0000143–<br>2014<br>(York) |